PAUL HARRIS, Appellant, v THEODORE WILSON et al., Respondents.

Submitted August 2, 2004; decided October 21, 2004

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the appeal from that portion of Supreme Court's order that denied appellant's CPLR 3102 (a) motion, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order does not finally determine an action or proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

LEONID LEVIT, Appellant, v ALLSTATE INSURANCE COMPANY et al., Respondents. (And a Third-Party Action.)

Submitted August 30, 2004; decided October 21, 2004

Motion, insofar as it seeks leave to appeal as against the Sweetbaum defendants, dismissed upon the ground that as to those parties, the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge ROSENBLATT taking no part.

KENNETH J. LIGRECI, Appellant, v TERESA LIGRECI, Also Known as TERESA DOLDO, Respondent.

Submitted August 16, 2004; decided October 21, 2004

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed that portion of Supreme Court's order that denied appellant's motion to vacate or modify the judgment, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.